# Court of Appeals
# of the State of Georgia

ATLANTA,  June 27, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0023. FORD MOTOR COMPANY v. KEVIN R. SINYARD et al.**
**A25A0024. GEORGIA POWER COMPANY v. KEVIN R. SINYARD et al.**
A25A0092. UNION CARBIDE CORPORATION v. KEVIN R. SINYARD et al.

We granted the appellants' applications for interlocutory appeal from the denial of summary judgment. After careful review of the entire record in these cases, as well as the applicable law, we conclude that the applications were improvidently granted. Accordingly, it is ordered that these appeals are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/27/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*